Kum nam LEE
A petitioner

V.

Proland management
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the State for injury

Tax payer Damage or no discrimination by JURY
a writ of attachment, garnishment an owneship amount
of damage is ~~$ Ten millions dollars~~, I am injured to
Reduce to Five millions dollars
Redress required, for plus Ten Thousand dollars every month living
cost, without Tax and citizenship papers. I want visit to Seoul Korea
a claim by Kum nam LEE   a pro se required

Reason by low incom or section 8 apartment applyed, denyed
no discrimination
                                name: Kum nam LEE

an amended, a relief
a Forthwith, For a extend

Address; 5155 Marathon St #106
Los Angeles, CA 90038

Date: August 8, 2022

A notice of Appeal

U.S. District Court for the
~~Central~~ Southern District of ~~California~~ New York
August 8, 2022

Kum nam LEE
   A Petitioner

A notice of appeal

V.

Proland management
   Respondent

Docket no.

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day for Filing
~~double cost~~
Continue. Primary,
   Facts, Parties, condon

notice:   a Party: Kum nam LEE

Date:

name: Kum nam LEE

Address: 5155 marathon st #106
Los Angeles, CA 90038

Date: August 8, 2022

at least Three-Fourth of
a Rehearing, a Relief, a granted, an amended, an admitted, a conclusion
a petition for a writ of Certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22 again notice; a Reversal, one, only one
a Jurisdiction to supreme court, a decision, one consider, one Final if
more than End of July, 2022 Than. plus charged double cost all of...
For Time To Time shall be vested, ordain, establish. Courts, Congress. Know it
I will conduct myself, I will support the Constitution of the united state
Since: 1993-2022, D.O.B. 1940

Kum nam Lee
5155 Marathon St #106
Los Angeles, CA 90038

Legal Mail

Pro Se Af

RECEIVED
SDNY PRO SE OFFICE
2022 AUG -5 AM 10: 12

LOS ANGELES CA
1 AUG 2022

U.S. Court House
Office of the Clerk
500 Pearl Street #248
New York, NY 10007

RECEIVED
AUG 04 2022
CLERK'S OFFICE
S.D.N.Y.

10007-131699