UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUM NAM LEE,

                Petitioner,

    -against-

PROLAND MANAGEMENT,

                Respondent.

22-CV-6677 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued August 26, 2022, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kum Nam Lee may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

The Court directs the Clerk of Court to mail a copy of this judgment to Kum Nam Lee at the address listed on the court's docket.

SO ORDERED.

Dated:   August 26, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge